**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**
Plaintiff,

-against-

**JOHNNY RODRIGUEZ,**

Defendant.

**7:26-mj-2295-1(KPB)**

**ORDER**

**WHEREAS**, the above-named Defendant appeared before this Court on November 6, 2026, represented by counsel, Konstantinos Fatsis, and entered a knowing, and voluntary plea of guilty to Driving While Ability Impaired, in violation of New York Vehicle and Traffic Law (VTL) § 1192(1),

**NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:**

The Defendant's plea of guilty to NY VTL § 1192(1) is accepted by the Court, and judgment of conviction is entered accordingly.

The Defendant is sentenced to pay a fine in the amount of $500.00, plus a mandatory court assessment of $5.00, for a total financial liability of $505.00. All financial obligations shall be remitted in full to the Clerk of the Court on or before December 4, 2026.

The Defendant's driver’s license in the State of New York is hereby suspended for a period of ninety (90) days. Pursuant to this Court's order, execution of this suspension is hereby stayed for twenty (20) days, with the suspension period officially commencing on November 26, 2026.

The Defendant shall successfully enroll in and complete a Victim Impact Panel (VIP) session. Written proof of successful completion must be filed with the Clerk of this Court on or before February 5, 2027.

Dated: November 6, 2026
White Plains, New York

SO ORDERED

Kim P. Berg, U.S.M.J.