✎AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

Southern District of New York

UNITED STATES OF AMERICA
v.
Johnny Rodriguez

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

Case No. 7:26-mj-02295-KPB-1

USM No.

Konstantinos Georgios Fatsis
Defendant's Attorney

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s) Count 1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| NYVTL 1192(1) | Driving While Ability Impaired | 03/28/2026 | 1 |
| | | | |

☐ Count(s) ______ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $ 5.00 | $ 500.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 2403

Defendant's Year of Birth: 1974

City and State of Defendant's Residence:
Highland Falls, NewYork

11/06/2026
Date of Imposition of Judgment

Signature of Judge

Kim P. Berg, U.S.M.J.
Name and Title of Judge

11/06/2026
Date